UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 7:92-CR-408-1 |
| | ) | |
| v. | ) | |
| | ) | |
| Al Malik Sharief Wright *aka Steve*, | ) | ORDER |
| *Littlejohn*, | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the Court on the defendant's motion for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission (the Commission) pursuant to 28 U.S.C. § 994(u), filed March 26, 2008. It appears as though the immediate motion is the exact same motion the defendant filed on March 5, 2008. This Court denied the defendant's March 5, 2008 motion because the revised, advisory guideline range exceeded the defendant's original sentence, the combined statutory maximum total. *United States v. Wright*, No. 7:92-CR-408-1 (D.S.C. March 17, 2008). Since the defendant's motion for reduction has already been denied, the immediate motion is DENIED as moot.

Considering the liberal standard this Court is required to apply to *pro se* pleadings, *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978), this Court will also consider the immediate motion as a motion to reconsider this Court March 17, 2008 Order. After a thorough review of the immediate motion, nothing therein

compels this Court to change, alter, or amend its Order in any way. Therefore, the defendant's motion to reconsider is DENIED.

IT IS THEREFORE SO ORDERED THAT the defendant's March 26, 2008 motion be DENIED.

IT IS SO ORDERED.

      _____
      G. ROSS ANDERSON, JR.
      UNITED STATES DISTRICT JUDGE

April 1, 2008
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, defendant has the right to appeal this Order within sixty (60) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**