UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 7:92-CR-408-1 |
| | ) | |
| v. | ) | |
| | ) | |
| Al Malik Sharief Wright *aka Steve*, | ) | ORDER |
| *Littlejohn*, | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the Court on the defendant's motion to reconsider this Court's March 17, 2008 Order. For the reasons stated herein, this Court denies the defendant's motion.

Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

Defendant filed a motion for retroactive application of an amended sentencing guideline on March 5, 2008. This Court denied that motion on March 17. On April 25, Defendant filed a notice of appeal. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."

*Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).  Therefore, this Court does not have jurisdiction to reconsider its March 17 Order.

IT IS THEREFORE SO ORDERED THAT THE defendant's motion to reconsider be DENIED.

IT IS SO ORDERED.

*[signature]*
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June 12, 2008
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendant has the right to appeal this Order within ten (10) days from the date of its entry.  Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**